Form B6D - (Rev. 12/03)                                                                                                     2003 USBC, Central District of California

In re   **William E Brassel**                                                              ,    Case No. _____
                                           Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of the account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No.<br><br>**Ford Credit**<br>P.O. Box 542000<br>Omaha, NE 68154 | - | | 2001<br><br>Auto Loan<br><br>2001 Ford F250 Super Duty<br>50,000 miles<br>Fully Encumbered. To be retained.<br><br>Value $         18,000.00 | | | | 19,000.00 | 1,000.00 |
| Last four digits of Account No.<br><br>**GE Capital Auto Lease, Inc.**<br>P.O. Box 530903<br>Atlanta, GA 30353-0903 | - | | 2002<br><br>Auto Loan<br><br>2001 XR70<br>Offroad Motorcycle<br><br>Value $          2,000.00 | | | | 583.00 | 0.00 |
| Last four digits of Account No.<br><br>**GE Capital Auto Lease, Inc.**<br>P.O. Box 530903<br>Atlanta, GA 30353-0903 | - | | 2003<br><br>Auto Loan<br><br>2003 Raptor 80<br>Offroad motorcycle<br>Fully encumbered. To be retained.<br><br>Value $          3,000.00 | | | | 3,787.00 | 787.00 |
| Last four digits of Account No.<br><br>**GE Capital Auto Lease, Inc.**<br>P.O. Box 530903<br>Atlanta, GA 30353-0903 | - | | 2001<br><br>Secured Loan<br><br>2001 Carson Trailer<br>2000 miles<br>Fully encumbered. To be retained.<br><br>Value $         15,000.00 | | | | 16,200.00 | 1,200.00 |
| __1__  continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 39,570.00 | |

Form B6D - Continued (Rev. 12/03) 2003 USBC, Central District of California

In re **William E Brassel**, Case No. _____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of Account No.<br><br>**HRSI**<br>**Attn: Bankruptcy**<br>**90 Christiana Road**<br>**New Castle, DE 19720** | | - | **2003**<br><br>**Auto Loan**<br><br>**2003 KTN**<br>**Offroad motorcycle**<br><br>Value $ **8,000.00** | | | | **8,800.00** | **800.00** |
| Last four digits of Account No. | | | Value $ | | | | | |
| Last four digits of Account No. | | | Value $ | | | | | |
| Last four digits of Account No. | | | Value $ | | | | | |
| Last four digits of Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **8,800.00**

Total (Report on Summary of Schedules) **48,370.00**