Form B6F - (Rev. 12/03)     2003 USBC, Central District of California

In re **William E Brassel** ,    Case No. _____
                Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No.<br><br>**Capital One**<br>**P.O. Box 85167**<br>**Richmond, VA 23285-5167** | | - | **1997**<br>**Credit Card** | | | | 18,465.00 |
| Last four digits of Account No.<br><br>**Chase**<br>**P.O. Box 52195**<br>**Phoenix, AZ 85072-2195** | | - | **2002**<br>**Credit Card** | | | | 10,000.00 |
| Last four digits of Account No.<br><br>**Chevron Credit Bank, NA**<br>**PO Box 5010**<br>**Concord, CA 94524-0010** | | - | **2000**<br>**Credit Card** | | | | 585.00 |
| Last four digits of Account No.<br><br>**Home Depot**<br>**P.O. Box 105980, Dept. 51**<br>**Atlanta, GA 30348-5980** | | - | **2001**<br>**Credit Card** | | | | 2,030.00 |

__2__ continuation sheets attached          Subtotal (Total of this page)    **31,080.00**

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     S/N:24830-040305   Best Case Bankruptcy

Form B6F - Continued (Rev. 12/03)                                                                                          2003 USBC, Central District of California

In re  **William E Brassel**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No.  <br>**Lowe's** <br>120 Corporate Boulevard <br>Suite 100 <br>Norfolk, VA 23502 | | - | 2002 <br>Credit Card | | | | 1,400.00 |
| Last four digits of Account No.  <br>**Providian** <br>P.O. Box 660490 <br>Dallas, TX 75266-9575 | | - | 2000 <br>Credit Card | | | | 7,949.00 |
| Last four digits of Account No.  <br>**Sears** <br>Attn: Bankruptcy Department <br>PO Box 3671 <br>Urbandale, IA 50323 | | - | 2000 <br>Credit Card | | | | 2,650.00 |
| Last four digits of Account No.  <br>**Shell Credit Card Center** <br>P.O. Box 790070 <br>Houston, TX 77279-0070 | | - | 2001 <br>Credit Card | | | | 380.00 |
| Last four digits of Account No.  <br>**Verizon** <br>Post Office Box 419067 <br>Rancho Cordova, CA 95741 | | - | 1988 <br>Advertising | | | | **Unknown** |

Sheet no. __1__ of __2__ sheets attached to Schedule of                                            Subtotal
Creditors Holding Unsecured Nonpriority Claims                                           (Total of this page)      12,379.00

In re **William E Brassel**, Case No. _____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of Account No.<br><br>**Yellow Pages, Inc.**<br>**P.O. Box 14223**<br>**Orange, CA 92863-1223** | - | | **1988**<br>**Advertising** | | | | **Unknown** |
| Last four digits of Account No. | | | | | | | |
| Last four digits of Account No. | | | | | | | |
| Last four digits of Account No. | | | | | | | |
| Last four digits of Account No. | | | | | | | |

Sheet no. __2__ of __2__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Total (Report on Summary of Schedules) **43,459.00**